presentation of the uses to which he might have put the report. And without consideration of such a presentation by counsel, the Court of Appeals could not make a truly informed decision on the harmless-error question.

I would grant the petition for certiorari, vacate the judgment of the Court of Appeals, and remand this case for further proceedings consistent with this opinion.

No. 73–1093. CALIFORNIA v. PASCHALL. Ct. App. Cal., 2d App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–1227. LAVALLEE, CORRECTIONAL SUPERINTENDENT v. WILLIAMS. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–1166. HUTTON ET AL. v. JOHNS HOPKINS UNIVERSITY; and

No. 73–1249. JOHNS HOPKINS UNIVERSITY v. HUTTON ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of these petitions.

No. 73–1246. VIRGINIA ELECTRIC & POWER Co. v. HADEN, TAX COMMISSIONER. Sup. Ct. App. W. Va. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–6252. JIMENEZ v. UNITED STATES. C. A. 5th Cir. Petition for certiorari denied as untimely filed. 28 U. S. C. 2101 (c).

No. 73–5688. HART v. COINER, WARDEN, 415 U. S. 938;

No. 73–5846. DULLES v. DULLES, 415 U. S. 926; and

No. 73–5983. WHATLEY v. ANDERSON, WARDEN, ET AL., 415 U. S. 929. Petitions for rehearing denied.